IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL SHERIDAN, | : |
| | : CIVIL ACTION NO. 3:21-CV-1821 |
| Plaintiff, | : (JUDGE MARIANI) |
| | : |
| v. | : |
| | : |
| LOWE'S HOME CENTERS, LLC, | : |
| d/b/a Lowe's, | : |
| | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 23rd DAY OF AUGUST 2022, upon consideration of Attorney Michael Truncellito's letter informing the Court that the parties have reached a resolution of the above-captioned action (Doc. 22), **IT IS HEREBY ORDERED THAT** this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated.

Failure of a party to file a motion for reinstatement, or a motion for an extension of time to consummate the settlement, within the above 60-day time period will result in the automatic conversion of this dismissal from one without prejudice to one with prejudice.

Robert D. Mariani
United States District Judge